IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-07-0178 |
| | § | |
| FRANCIS DRILLING FLUIDS, LTD. *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendant, BJ Services, has filed an unopposed motion to file a cross-claim against defendant Applied Drilling Technology, Inc. (ADTI). (Docket Entry No. 82). Defendants Baker Hughes Incorporated and Baker Hughes Oilfield Operations, Inc. d/b/a Baker Hughes Drilling Fluids have also filed an unopposed motion for leave to file a cross-claim against Applied Drilling Technology, Inc. (Docket Entry No. 83). Both cross-claims assert the right to a defense and indemnification under ADTI's Master Services Agreement. The motions for leave to file the cross-claims are granted.

SIGNED on September 16, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge