**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| KEVIN JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-07-0178 |
| | § | |
| FRANCIS DRILLING FLUIDS, LTD., | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The plaintiff and the defendants ask for a discovery deadline extension to November 28, 2008. (Docket Entry No. 100). Third–party defendant Liberty Mutual agrees as long as the motions deadline is extended to December 12, 2008 and the additional discovery is limited to three depositions. (Docket Entry No. 101, 102). These depositions are of witnesses identified by the defendants' counsel, Dr. Ross, a designated representative of the Louisiana Companies, and a physician who will be deposed by the plaintiff's counsel. There is no specification of what additional discovery, if any, the plaintiff and defendants want to take.

Given the lack of information as to any additional discovery beyond the three depositions and the fact that the extension is only for three weeks, including Thanksgiving week, which limits the discovery that can be taken, the following order is entered:

The discovery deadline is extended to **November 28, 2008**. The additional discovery is limited to the three specified depositions unless counsel for the plaintiff and defendants show good cause to take more discovery and obtain an order permitting it.

The pretrial motions deadline is extended to **December 12, 2008**.

SIGNED on November 12, 2008, at Houston, Texas.

                                      Lee H. Rosenthal
                                   United States District Judge