IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KEVIN JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-07-0178 |
| | § | |
| | § | |
| FRANCIS DRILLING FLUIDS, LTD. *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF PARTIAL DISMISSAL**

The parties attended a settlement conference on April 30, 2009, before Magistrate Judge Mary Milloy. Counsel for the parties have advised the court that an amicable settlement has been reached as to the plaintiff's claims  It is ordered that those claims be dismissed on the merits, without prejudice to the right of counsel to move for reinstatement within 30 days upon presentation of adequate proof that the settlement could not be consummated.  The claims between the defendants and the third party defendants will proceed as previously scheduled.

SIGNED on May 7, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge